**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Alexandria Division*

| | |
|---|---|
| **ERIK B. CHERDAK,** | * |
| **Plaintiff,** | * |
| v. | *   Case No.: 21-cv-0141-PWG |
| **JUDGE LIAM O'GRADY** *et al.*, | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED[1] ORDER AND JUDGMENT**

For the reasons stated in the Amended Memorandum Opinion signed this same date, it is hereby ORDERED that:

1. Plaintiff's Motion to Set Aside the Westfall Act Certification, ECF No. 77, is DENIED.

2. The Federal Defendants' Motion to Dismiss on the Basis of Judicial Immmunity, ECF No. 79, is GRANTED.

    a. The First, Second, Third, Fourth, Sixth, Seventh, and Eighth causes of action of Plaintiff's Amended Complaint, ECF No. 41, asserted against the Federal Defendants are DISMISSED WITH PREJUDICE;

    b. The causes of action asserted against Bernard S. Grimm remain pending.

3. Judgment is hereby entered in favor of the United States, substituting for Judge Liam O'Grady and Diane Woods, against the Plaintiff Erik Cherdak. By virtue of this substitution, the claims against Judge O'Grady and Diane Woods are dismissed with prejudice as well. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a Final Judgment within the meaning of Federal Rule of Civil Procedure 58.

---

[1] Corrected the statement regarding the causes of action asserted against Bernard S. Grimm that remain pending.

4. Within FOURTEEN (14) DAYS from the entry date of this Order, i.e., on or before March 10, 2022, Plaintiff shall SHOW CAUSE why this case should not be dismissed as to the remaining Defendant, Bernard S. Grimm, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

5. The Clerk is directed to send a copy of this Amended Order and accompanying Amended Memorandum Opinion to Erik Cherdak at the address of record.

Dated: February 28, 2022.

/S/
Paul W. Grimm
United States District Judge