**IN THE UNITED STATES DISTRICT COURT
<u>FOR THE EASTERN DISTRICT OF VIRGINIA</u>**
*Alexandria Division*

| | |
|---|---|
| **ERIK B. CHERDAK,** * | |
| Plaintiff, * | |
| v. * | Case No.: 21-cv-0141-PWG |
| **JUDGE LIAM O'GRADY** *et al.,* * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

On April 11, 2022, I issued an order giving Mr. Cherdak an extension of time to April 25, 2022 to respond to my Show Cause Order, providing details and evidence for why this case should not be dismissed, without prejudice, as to Bernard Grimm, for failure to prosecute. Ltr. Order, ECF No. 90. Mr. Cherdak has failed to timely respond.[1]

Therefore, in accordance with the Amended Order and Judgment, ECF No. 89, my Order of April 11, 2022, ECF No. 90, and based on Plaintiff's failure to respond by April 25, 2022, it is this <u>4th</u> day of <u>May 2022</u>, hereby ORDERED that:

1. The claims against Defendant Bernard S. Grimm are DISMISSED WITHOUT PREJUDICE for failure to prosecute;
2. Pursuant to my Amended Order and Judgment, ECF No. 89, the claims against Defendants the United States, Judge O'Grady, and Diane Woods have been DISMISSED WITH PREJUDICE; and
3. The Clerk SHALL CLOSE this case.

/S/
Paul W. Grimm
United States District Judge

---

[1] I also note that Mr. Cherdak's emailed letter of March 14, 2022 remains unfiled and has never been properly before the Court.